March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

KORAN LOCKHART,

    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR-_____(__)(__)

Defendant __KORAN LOCKHART__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- ___ Initial Appearance/Appointment of Counsel
- _X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- ___ Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

_Koran Lockhart/MKB_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

KORAN LOCKHART
Print Defendant's Name

_Michael K. Burke_
Defense Counsel's Signature

MICHAEL K. BURKE
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/7/2020
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge