UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY**
   **VIDEO OR TELE CONFERENCE**
   -against-

Koran Lockhart   20-CR-658-KMK
            Defendant(s).
------------------------------------------------------------X

Defendant Koran Lockhart hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

_____   _____
Defendant's Signature   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

KORAN LOCKHART   MICHAEL K BURKE
_____   _____
Print Defendant's Name   Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/4/21
_____   _____
Date   U.S. District Judge/U.S. Magistrate Judge