UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                            Plaintiff,                  **MEMORANDUM**

      -against-                                        7:20-cr-00658-KMK

Koran Lockhart
                        Defendant.
-------------------------------------------------------------x

TO:  <u>Kenneth M. Karas, United States District Judge:</u>

      Please find attached a transcript of the January 4, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: January 19, 2021
       White Plains, New York

                                                           Respectfully Submitted,

                                                           s/ Paul E. Davison

                                                           _____
                                                           PAUL E. DAVISON
                                                           United States Magistrate Judge